AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| LAWRENCE M. MEADOWS <br><br> *Plaintiff(s)* <br> v. <br><br> AMERICAN AIRLINES, INC., <br> and <br> DOES 1-20 <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-03899 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Airlines, Inc
Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence M. Meadows, Pro Se
203 N. LaSalle St., Unit 2100
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/09/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-03899

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* AMERICAN AIRLINES, INC.
was received by me on *(date)* June 11, 2015

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (process agent), who is designated by law to accept service of process on behalf of *(name of organization)* AMERICAN AIRLINES, INC.
C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 (REGISTERED AGENT) on *(date)* 6/11/15

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: June 11, 2015

*Server's signature*

DENORRIS BRITT
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

**FILED**
JUN 1 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Affidavit of Process Server

**FILED**
**JUN 1 6 2015**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| LAWRENCE M. MEADOWS | VS | AMERICAN AIRLINES, INC. | 1:15-CV-03899 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, DENORRIS BRITT, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 6/11/15

**Service:** I served AMERICAN AIRLINES, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT & CIVIL COVER SHEET

by leaving with AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT) At
☐ Residence
☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 (REGISTERED AGENT)

On 6/11/15 AT 3:25 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

**Manner of Service:**
☒ CORPORATE SERVICE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
(3) _____ (4) _____ (5) _____

AGE 45  Sex F  Race W  Height 5'5  Weight 180  HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11TH day of JUNE, 2015.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2016

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

**Brandywine Process Servers, Ltd.**
P.O. Box 1360
Wilmington, DE 19899
302-475-2600   Tax ID 51-0267938

# Invoice

Number: **123614**

Date: **June 11, 2015**

**Bill To:**

LAWRENCE MEADOWS
515 WOODSIDE AVE.
PARK CITY, UT  84060

**Ship To:**

| Date | Description | Amount |
|---|---|---|
| 6/11/15 | AMERICAN AIRLINES C/O CT | 65.00 |
| | **PAID** | |
| | Total | **$65.00** |

**TERMS: PAYMENT DUE WITHIN 20 DAYS**

Amount Paid: 65.00
Amount Due:  0.00