**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE M. MEADOWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC., a ) <br> Delaware Corporation, and DOES 1-20, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:15-cv-03899 <br><br> Honorable Manish S. Shah |

## NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel certifies that Defendant AMERICAN AIRLINES, INC. is a wholly-owned subsidiary of American Airlines Group Inc., a publicly-held corporation.

DATED:   June 30, 2015.                    Respectfully submitted,

Colleen G. DeRosa (ARDC No. 6301589)           By:   /s/  Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH,**                          One of the Attorneys for Defendant
  **SMOAK & STEWART, P.C.**                         **AMERICAN AIRLINES, INC.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
Facsimile:   312.807.3619
*colleen.derosa@ogletreedeakins.com*

Mark W. Robertson  (*pro hac vice pending*)
Daniel S. Shamah (*pro hac vice pending*)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: 212.326.2000
Facsimile:  212.326.2061
*mrobertson@omm.com*
*dshamah@omm.com*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 30, 2015, the foregoing *Notification of Affiliates* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

>Lawrence M. Meadows
>203 North LaSalle Street
>Suite 2100
>Chicago, IL 60601
>Telephone: 516.982.7718
>Facsimile: 435.604.7850
>*lawrencemeadows@yahoo.com*
>
>*Pro Se Plaintiff*

The undersigned attorney further certifies that on June 30, 2015, a copy of the foregoing document was forwarded to Mr. Meadows via FedEx overnight delivery.

/s/ Colleen G. DeRosa

21634522.1

21685557.1