(Revised 12/11)

# United States District Court   Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: LAWRENCE M. MEADOWS | Plantiff(s) |
|---|---|
| VS. | |
| AMERICAN AIRLINES, INC., a Delaware Corporation and DOES 1-20 | Defendant(s) |

| Case Number: Case No.: 1:15-cv-03899 | Judge: Manish S. Shah |
|---|---|

I, **Mark W. Robertson**, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of **American Airlines, Inc.** by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| State Bar of California | 1/6/99 |
| Appellate Division, Supreme Court of New York | 5/14/07 |
| Court of District of Columbia | 1/8/01 |
| -See attached for additional court admissions- | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 1:14-CV-07980 | Cher Thompson, et al. v. American Airlines Group | 10/15/14 (Granted) |
| 1:15-cv-00652 | Local 591, et al. v. American Airlines, Inc. | 03/30/15 (Granted) |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| Question | Yes | No |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | ☐ | ☑ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | ☐ | ☑ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | ☐ | ☑ |
| **denied admission to the bar of any court?** | ☐ | ☑ |
| **held in contempt of court?** | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| June 30, 2015 | S/ Mark W. Robertson |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name: Robertson | First Name: Mark | Middle Name/Initial: Wayne |
|---|---|---|---|
| Applicant's Law Firm | O'Melveny & Myers LLP | | |
| Applicant's Address | Street Address: 7 Times Square | | Room/Suite Number: |
| | City: New York | State: NY | ZIP Code: 10036 / Work Phone Number: (212) 326-2000 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $176.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

# Mark W. Robertson
List of Court Admissions

In Support of U.S. District Court for the Northern District of Illinois
Application for Admission to Practice Pro Hac Vice
Pursuant to LR 83.14

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| California State Bar | January 6, 1999 | YES |
| U.S. District Court, Central District of California | September 29, 1999 | YES |
| Supreme Court of Texas | November 2, 2001 | YES (inactive) |
| Washington, D.C. | January 8, 2001 | YES |
| U.S. District Court, Northern District of California | May 10, 2004 | YES |
| New York Supreme Court, Appellate Div. | May 14, 2007 | YES |
| U.S. Court of Appeals for the Ninth Circuit | May 30, 2007 | YES |
| U.S. District Court, Southern District of New York | October 14, 2008 | YES |
| U.S. District Court, Eastern District of New York | November 7, 2008 | YES |
| U.S. District Court, Eastern District of Michigan | June 3, 2009 | YES |
| U.S. Court of Appeals, DC | May 31, 2012 | YES |
| U.S. Court of Appeals for the Second Circuit | June 27, 2012 | YES |
| U.S. District Court, Western District of New York | October 22, 2013 | YES |
| U.S. Court of Appeals for the Third Circuit | July 21, 2014 | YES |
| U.S. District Court, Eastern District of Wisconsin | December 24, 2014 | YES |