**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAWRENCE M. MEADOWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:15-cv-03899 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| AMERICAN AIRLINES, INC., a | ) | |
| Delaware Corporation, and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AMERICAN AIRLINES, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**NOW COMES** Defendant American Airlines, Inc. ("American"), by and through its undersigned counsel, and for their Motion to Dismiss Plaintiff's Complaint (the "Complaint"), brought pursuant to Federal Rule of Civil Procedure 12(b)(6), states as follows:

1. Plaintiff alleges that American violated the Americans with Disabilities Act (the "ADA") when it terminated his disability benefits in 2007 and terminated his employment in October 2011.

2. American filed for bankruptcy protection on November 29, 2011, after the alleged adverse actions giving rise to the Complaint occurred. On December 9, 2013, American emerged from bankruptcy protection. Pursuant to (i) the order of the United States Bankruptcy Court for the Southern District of New York confirming American's plan of reorganization, (ii) 11 U.S.C. § 1141, and (iii) applicable law, Plaintiff's claims are fully released and discharged because they arose before American filed for bankruptcy. In the alternative, Plaintiff's claims fail as a matter of law because the ADA does not apply to former employees such as Plaintiff.

3. For the reasons set forth above, and as fully detailed in American's Memorandum in Support filed with this Motion, and the Declaration of Daniel S. Shamah, Esq. submitted in

support thereof, Plaintiff's Complaint should be dismissed with prejudice for failure to state a claim.

WHEREFORE, American requests that this Court dismiss Plaintiff's Complaint with prejudice and grant such other relief this Court deems just.

DATED:    July 2, 2015                         Respectfully submitted,

                                               By:    /s/ Colleen G. DeRosa
                                               One of the Attorneys for Defendant
                                               **AMERICAN AIRLINES, INC.**

                                               Colleen G. DeRosa
                                               **OGLETREE, DEAKINS, NASH,**
                                               **  SMOAK & STEWART, P.C.**
                                               155 North Wacker Drive, Suite 4300
                                               Chicago, Illinois 60606
                                               Telephone:  (312) 558-1220
                                               Facsimile:   (312) 807-3619
                                               *colleen.derosa@ogletreedeakins.com*

                                               Mark W. Robertson  (*pro hac vice pending*)
                                               Daniel S. Shamah (*pro hac vice pending*)
                                               **O'MELVENY & MYERS LLP**
                                               Times Square Tower
                                               7 Times Square
                                               New York, New York 10036
                                               Telephone: (212) 326-2000
                                               Facsimile:  (212) 326-2061
                                               *mrobertson@omm.com*
                                               *dshamah@omm.com*

                                               ***Attorneys for American Airlines, Inc.***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 2, 2015, the foregoing **Defendant American Airlines, Inc.'s Motion To Dismiss Plaintiff's Complaint** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

> Lawrence M. Meadows
> 203 North LaSalle Street
> Suite 2100
> Chicago, IL 60601
> Telephone:   312.917.6214
> Facsimile:    435.604.7850
> *lawrencemeadows@yahoo.com*
>
> **Pro Se Plaintiff**

The undersigned attorney further certifies that on July 2, 2015, a copy of the foregoing document was forwarded to Mr. Meadows via FedEx overnight delivery.

/s/  Colleen G. DeRosa