# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAWRENCE M. MEADOWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC., a ) <br> Delaware Corporation, and DOES 1-20, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:15-cv-03899 <br><br> Honorable Manish S. Shah |

## **DECLARATION OF DANIEL S. SHAMAH, ESQ.**

Daniel S. Shamah, Esq., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member in good standing of the bar of the State of New York and an attorney with the law firm of O'Melveny & Myers LLP. I submit this declaration in support of Defendant American Airlines, Inc.'s July 2, 2015 Motion to Dismiss Plaintiff's Complaint.

2. Attached as Exhibit A is a true and correct copy of the Findings of Fact, Conclusions of Law, and Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Fourth Amended Joint Chapter 11 Plan, *In Re: AMR Corporation, et al.*, 11-15463 (SHL), Oct. 22, 2013 (ECF No. 10367) (the "Confirmation Order"). The Debtors' Fourth Amended Joint Chapter 11 Plan ("the Plan") is included as Exhibit A to the Confirmation Order.

3. Attached as Exhibit B is a true and correct copy of Proof of Claims #01916, 13478, 13788, and 13865 filed by Lawrence M. Meadows in *In Re: AMR Corporation, et al.*, 11-15463 (SHL).

4. Attached as Exhibit C is a true and correct copy of the April 17, 2014, Transcript, *In Re: AMR Corporation, et al.*, 11-15463 (SHL) (ECF No. 12012).

5. Attached as Exhibit D is a true and correct copy of the Sept. 5, 2014, Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bank. P. 3007 Disallowing and Expunging Proof of Claim Nos. 13478, 13788, and 13865 Filed by Lawrence M. Meadows, *In Re: AMR Corporation, et al.*, 11-15463 (SHL) (ECF No. 12258).

6. Attached as Exhibit E is a true and correct copy of the August 27, 2014, Transcript, *In Re: AMR Corporation, et al.*, 11-15463 (SHL).

I declare under penalty of perjury that the foregoing statements are true and correct.

New York, New York
July 2, 2015

_____
Daniel S. Shamah