**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lawrence M Meadows

                            Plaintiff,

v.                                                    Case No.: 1:15–cv–03899
                                                     Honorable Manish S. Shah

American Airlines, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 7, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, discovery is stayed pending a ruling on Defendants' Motion to Dismiss [13]. Plaintiff's response to the motion shall be filed by 8/3/15. Defendants' reply shall be filed by 8/17/15. If Plaintiff chooses to amend his complaint in response to Defendants' Motion to Dismiss he must do so by 8/3/15. Motions for Leave to Appear Pro Hac Vice [10] [11] are granted. Daniel S. Shamah and Mark E. Robertson may filed their appearances on behalf of American Airlines, Inc. and are added as counsel of record. Continued status hearing is set for 9/8/15 at 9:30 a.m. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.