**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE M. MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-03899 |
| v. ) | |
| ) | Honorable Manish S. Shah |
| AMERICAN AIRLINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause comes before this Court on Defendant Allied Pilots Association's ("APA") motion for entry of a final judgment under Fed. R. Civ. P. 54(b) on behalf of the APA and against Plaintiff Lawrence M. Meadows based on the Order entered by the Court on July 27, 2016 (DK # 62) dismissing the sole claim against APA. Instead of filing an opposition to APA's motion, Plaintiff elected to move to strike it. DK # 62–63. The Court denied Plaintiff's motion to strike by Minute Order, DK #70, for the reasons stated on the record at the August 17, 2016 hearing on both motions. Having reviewed APA's Rule 54(b) motion, Plaintiff's response thereto (i.e., his countermotion), and the applicable law, the Court hereby finds:

1) The Court's July 27, 2016, Order (DK #62) resolved the sole claim Plaintiff Lawrence Meadows asserts against Defendant APA and dismissed it with prejudice; and,

2) There is no just reason to delay entry of final judgment in favor of APA. Although Meadows asserted a civil conspiracy claim against both

APA and American Airlines, Inc. ("American") and the claim against American is currently pending, any appeals taken from the Court's dismissal of the claim against APA would not be piecemeal or impose an unreasonable burden on the courts. That is so because the Court's ruling that Meadows's civil conspiracy claim against APA is barred by res judicata (DK # 62 at 2) is different and distinct from American's defense to the civil conspiracy claim, which is based on its assertion that the claim was discharged in bankruptcy.

The Court accordingly orders the Clerk of the Court to enter final judgment on behalf of Defendant APA and against Plaintiff Lawrence P. Meadows.

Date: August 19, 2016

Manish S. Shah
United States District Judge